UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

QUINCY BROOKS,

                                                 Plaintiff,

                -against-

THE CITY OF NEW YORK, P.O. JAMES ST. LOUIS (Shield # 14132), P.O. LAMARR ELLIS (Shield # 12423), P.O. "JOHN DOE" #1-5, Individually and in their official capacities (the name John Doe being fictitious as the true names are presently unknown),

                                            Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-5440 (NG) (MDG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.       The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Treyvus & Konoski PC
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007
(212) 897-5832

By: _____
    Bryan M. Konoski
    *Attorney for Plaintiff*

Dated: New York, New York
       _____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City,
St. Louis, and Ellis*
100 Church Street, Rm. 3-166b
New York, New York 10007

By: _____
    Ariel Lichterman
    *Special Assistant Corporation Counsel*

SO ORDERED:

_____
HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE